POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Raymond G. Ballister, Jr. SBN 111282<br>P.O. Box 262490<br>San Diego, CA 92196-2490<br>TELEPHONE NO.: (858) 375-7385   FAX NO. (Optional): (888) 422-5191<br>E–MAIL ADDRESS (Optional): mark@potterhandy.com<br>ATTORNEY FOR (Name): Plaintiff | |

CENTRAL DISTRICT OF CALIFORNIA
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: Kong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Liberman | 2:18-CV-02919-ODW-E |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents): SEE ATTACHED LIST OF DOCUMENTS SERVED
3. a. Party served (specify name of party as shown on documents served):

   Casa Linda Furniture, Inc., a California Corporation

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

   Agent for Service of Process: BEN D LIBERMAN

4. Address where the party was served:
   4815 WHITTIER BLVD. LOS ANGELES CA 90022
5. I served the party (check proper box)
   a. [ ] *by personal service.*   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):                (2) at (time):
   b. [X] *by substituted service.*   On (date): Apr 24, 2018   at (time): 4:32 pm   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   Juan Carlos Angel, store manager

   (1) [X] *(business)* a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] *(home)* a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] *(physical address unknown)* a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): 05/02/18   from (city): San Diego   or [X] a declaration of mailing is attached.

   (5) [X] I attach a *declaration of diligence* stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Kong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Liberman | 2:18-CV-02919-ODW-E |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                           (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant. (415.10)
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Casa Linda Furniture, Inc., a California Corporation
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                         ☒ other: Trustee

7. **Person who served papers**
   a. Name: Rodolfo Garcia
   b. Address: 1417 S. Atlantic Blvd #36, Alhambra, CA 91803
   c. Telephone number: 626 375-5246
   d. **The fee** for service was: $ 20
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor.
         (ii) Registration No.: 2018013077
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 5/7/2018

Rodolfo Garcia                                      *Rodolfo Garcia* (signed)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**                    Page 2 of 2

| Attorney or Party without Attorney (Name and Address): | Telephone No.: (858) 375-7385 | |
|---|---|---|
| CENTER FOR DISABILITY ACCESS<br>Raymond G. Ballister, Jr. SBN 111282<br>P.O. Box 262490<br>San Diego, CA 92196-2490 | Fax No.: (888) 422-5191 | |
| Attorney for   Plaintiff | | |

Insert name of Court. and Judicial District and Branch Court:
**CENTRAL DISTRICT OF CALIFORNIA**

SHORT TITLE CASE:

**PLAINTIFF:**   Kong

**DEFENDANT:**   Liberman

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Case No.: 2:18-CV-02919-ODW-E |
|---|---|

I, __Rodolfo Garcia__, declare I am a Registered Process Server and was retained by Ato cf c"Rtko g. I was on the dates mentioned herein over the age of eighteen years and not a party to this action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I attempted to serve the following documents: **SEE ATTCHED LIST OF DOCUMENTS SERVED**

Name of party served:   Casa Linda Furniture, Inc., a California Corporation

**Apr 22, 2018, 10:15 am**
(Business) and (4815 WHITTIER BLVD., Los Angeles, CA 90022 )
Unsuccessful Service Attempt

**Apr 23, 2018, 6:30 pm**
(Business) and (4815 WHITTIER BLVD., Los Angeles, CA 90022 )
Unsuccessful Service Attempt

**Apr 24, 2018, 4:32 pm**
(Business) and (4815 WHITTIER BLVD., Los Angeles, CA 90022 )
Unsuccessful Service Attempt. I was able to serve personally   Juan Carlos Angel, who identified himself as Store Manager.
Age: 52; Ethnicity: Hispanic; Gender: Male; Weight: 165; Height: 5'7"; Hair: Black; Eyes: Brown.

**Process Server:** Rodolfo Garcia
**Armada Prime**
**9845 Erma Road, Ste. 300**
**San Diego, CA 92131**
**(213) 761-5477**

[ X ]   **Registered California**
**Process Server**
**Registration Number:** 2018013077
**County**
Fee for service: Å 20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: __5/7/2018__                    Signature: _Rodolfo Garcia_

Proof of Service complies with CRC 982(a)(23) as required by CCP 417.10
**AFFIDAVIT OF REASONABLE DILIGENCE**

| | |
|---|---|
| Attorney or Party without Attorney (Name and Address):<br>CENTER FOR DISABILITY ACCESS<br>Raymond G. Ballister, Jr. SBN 111282<br>P.O. Box 262490<br>San Diego, CA 92196-2490 | Telephone No.: (858) 375-7385<br>Fax No.: (888) 422-5191 |

Attorney for Plaintiff

Insert name of Court, and Judicial District and Branch Court:
**CENTRAL DISTRICT OF CALIFORNIA**

SHORT TITLE CASE:

PLAINTIFF: Kong

DEFENDANT: Liberman

**PROOF OF SERVICE BY MAIL** | Case No.: 2:18-CV-02919-ODW-E

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. I served copies of the following documents: **SEE ATTCHED LIST OF DOCUMENTS SERVED**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

    a. Date of Mailing: 05/02/18

    b. Place of Mailing: San Diego, California

    c. Addressed as follows:
    CASA LINDA FURNITURE, INC.
    Agent for Service of Process: BEN D LIBERMAN
    4815 WHITTIER BLVD.,
    Los Angeles, CA 90022

I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid at San Diego, California in the ordinary course of business.

**Armada Prime**
9845 Erma Road, Ste. 300
San Diego, CA 92131
(213) 761-5477
Admin@ArmadaPrime.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: 05/02/18         Signature: *[signature: Kaly Drayton]*

**PROOF OF SERVICE BY MAIL**

Case Name: _____Kong v. Liberman_____

Case Number: _____2:18-CV-02919-ODW-E_____

# DOCUMENTS SERVED

- [✔] SUMMONS & PROOF OF SERVICE
- [✔] COMPLAINT & CIVIL COVER SHEET
- [ ] INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
- [ ] VERIFICATION
- [ ] CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
- [✔] NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM
- [✔] CERTIFICATION AND NOTICE OF INTERESTED PARTIES
- [✔] NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
- [ ] NOTICE TO COUNSEL
- [ ] ATTENTION: NEW CVIL ACTIONS
- [ ] DEMAND FOR JURY TRIAL
- [✔] NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)
- [ ] ORDER RE STATUS (PRE TRIAL SCHEDULING) CONFERENCE
- [ ] NOTICE OF AVAILABILITY OF A MAJISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
- [ ] NOTICE OF AVAILABILITY-VOLUNTARY DISPUTE RESOLUTION
- [ ] STIPULATION TO ELECT REFFERAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)
- [ ] ORDER REQUIRING JOINT STATUS REPORT
- [ ] ORDER RE FILING REQUIREMENTS
- [ ] ORDER SETTING MANDATORY SCHEDULING CONFERENCE
- [ ] STANDING ORDER REGARDING CASE MANAGEMENT IN ALL CIVIL CASES
- [ ] SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT
- [ ] CIVIL MINUTES – GENERAL
- [ ] SETTLEMENT CONFERENCE PROCEDURES
- [ ] STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALFORNIA
- [✔] CONSENT TO PROCEED BEFORE A UNITED STATE MAJISTRATE JUDGE

- [ ] ECF REGISTRATION INFORMATION HANDOUT
- [ ] ORDER SETTING CASE MANAGEMENT CONFERENCE
- [ ] NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE
- [ ] VOLUNTARY EFFICIENT LITIGATIONS STIPULATIONS
- [ ] STIPULATION - EARLY ORGANISATIONAL MEETING
- [ ] STIPULATION – DISCOVERY RESOLUTION
- [ ] INFORMAL DISCOVERY CONFERENCE
- [ ] STIPULATION AND ORDER – MOTIONS IN LIMINE
- [✔] ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS [PER CALIFORNIA CIVIL CODE 55.3(B)(1)(A)]
- [✔] ADVISORY NOTICE TO DEFENDANT [PER CALIFORNIA CIVIL CODE 55.54(A)(1)]
- [✔] NOTICE OF STAY & EARLY EVALUATION CONF OR JOINT INSPECTION (Disability Access Litigation)
- [✔] DEFENDANT'S APPLICATION FOR STAY & EARLY EVALUATION CONFERENCE PER CIVIL CODE 55.54 OR JOINT INSPECTION
- [✔] OTHER

MINUTE ORDER (IN CHAMBERS); NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION; NOTICE TO PARTIES:ADA DISABILITY ACCESS LITIGATION; ADA DISABILITY ACCESS LITIGATION APPLICATION FOR STAY AND EARLY MEDIATION